# Exhibit 3

**BLUF**

**Social Circle Discussions**

**Conversion of Large Facility to Detention Center**

<u>**Existing Conditions**</u>

- Built in 2025 (C/O November 5, 2025)
- 183 Acres
- 1,013,902 Sqft Under Roof
- The Government is purchasing the site with the one facility completed. The approved plans by Social Circle included three buildings (Building 1 – 1,013,902 sqft, building 2 – 769,500 sqft, Building 3 – 532,980 sqft for a total of 2,316,382 sqft under roof). This is significant as the *plan already included over 2m square feet* of capacity for the infrastructure.
- Social Circle currently has a capacity of 1.25m GPD at the existing A. Scott Emmons Treatment Facility with another 3.0m GPD facility in planning.
- Utility Capacities at Site Currently:
    - 4,000 Amp Electrical Service from Georgia Power
    - 4 x 2,014,000 BTUH gas fed heaters from 4" PE gas main by Natural Gas Systems of Social Circle
    - Fire Suppression System including 2,500 gpm, 520 HP Fire Pump fed from main 10" water line by Water and Sewer Services of Social Circle
    - Domestic Water serviced by 10" by Water and Sewer Services of Social Circle
    - Wastewater System currently serviced by 2 @ 6" mains (1,105,000 gpd capacity) which eventually feed to a 6" force main (666,720 gpd capacity). These feed into the treatment system of Water and Sewer Services of Social Circle

<u>**From Water and Sewer Services of Social Circle**</u>

The City of Social Circle, Georgia, operates its water and sewer services, with plans for a new ***3.0 million gallons per day (MGD) wastewater treatment plant designed to support industrial growth.*** Additionally, the A. Scott Emmons Water Reclamation Facility, a 1.25 MGD plant in the Little River watershed, serves the area.

Key details regarding water and wastewater, based on the provided search results, include:

- **Future Infrastructure:** The City of Social Circle is planning a new 3.0 MGD wastewater treatment plant to accommodate industrial growth.

- **Existing Facility:** The A. Scott Emmons Water Reclamation Facility (1.25 MGD) was constructed for the Newton County Water and Sewerage Authority.

- **Service Information:** Information on setting up water service, which requires a, <u>lease or closing document,</u> a completed application, and a, copy of a driver's license, is available from the city,.

- **Regional Context:** While not directly in Social Circle, the, <u>CCWSA (Clayton County Water Authority) operates a 38 MGD plant,</u> indicating the scale of nearby regional infrastructure.

## Regulatory Authority

Water and wastewater systems are regulated to ensure compliance with, <u>safety standards,</u> and the Georgia Environmental Protection Division (EPD) oversees systems with a capacity over 10,000 gallons per day.

## New Conditions of Detention Facility

### Approach

The design took the approach to not affect the existing infrastructure adversely in any way. Ultimately this led to an approach of on-site containment and generation for the utilities needs. Please see the following chart for the outcomes of the studies:

| Utility | Existing Capacity | New Demand | Mitigation/Approach |
|---|---|---|---|
| Gas | 4" Main | 4" Main | As a contingency there is a 6" gas main upstream which can be utilized |
| Power | 4,000 Amps @ 3 Phase 480 | Final TBD | The existing grid contains enough power for the facility – the facility will utilize on site generation if Georgia Power will not accommodate |
| Water – Domestic | 10" Main | 10" Main | Contingency is Storage Tanks on Site |
| Water – Fire Pro. | 10" Main | 10" Main | Contingency is Storage Tanks on Site |
| Wastewater | 6" Force Main – 666,720 GPD | 1,001,683 GPD | Engineering Assessment & Management Strategy<br>• Wastewater Peak Shaving via Flow Equalization: The installation and utilization of Flow Equalization (EQ) tanks (Tight Tanks) allow the system to buffer surge volumes during peak periods. This stored effluent is then metered into the treatment stream at a controlled rate during low-flow "off-hours," preventing plant washouts.<br>• SCADA and Automated Flow Control: Upgrading to automated monitoring systems allows for real-time adjustments of lift station pumping rates. This ensures that the velocity within the force mains is optimized and that surges are managed proactively before reaching the headworks.<br>• Load Distribution & Usage Scheduling: To prevent concurrent peak events, a staggered discharge schedule is implemented. By shifting high-volume activities, such as commercial laundry, industrial processing, and appliances use to a defined "off-peak" window (typically 11:00 PM to 5:00 AM.<br>• On Site Wastewater Treatment Plant |
| Storm | On Site | On Site | None |

### Summary

The engineering approach to utilizing the Social Circle facility was to ensure proper operation while not adversely affecting the municipal infrastructure. As part of this it is important to calculate that:

1. Prior to ICE identifying the facility, Social Circle made a commitment to increasing the capacity of their wastewater treatment system by an additional 3m gpd.
2. Prior to ICE identifying the facility, Social Circle approved plans for the development for 2.3m sqft which would have increased the capacity.
3. The design currently includes on site mitigation strategies for wastewater treatment. Additional contingencies are in place if required for power and water supply if required due to non-engineering circumstances.
4. The economic benefits of the existing capacities should assist Social Circle in completing their additional wastewater treatment plant build out.

## Attachments

1. Internal Memo on Social Circle Utilities dated January 28, 2026
2. Screenshot of Social Circle Wastewater Authority web site
3. A. Scott Emmons Wastewater Project webpage
4. Page on 3 Building Zoning Approval by Social Circle for this site in question
5. ICE Test Fit Floor Plan
6. Available Upon Requestion or On Sharesite (files too big to attach)
   a. Full Zoning Report for Site
   b. Full ALTA for Site
   c. Social Circle Comprehensive Plan through 2024

# Social Circle, GA

## Answer to Project Inquiry

The following is                                             regarding the proposed ICE Detention Site at 1365 East Hightower Trail, Social Circle, GA.

**Question 1 – Please provide the proximity of adjacent and nearby buildings, including but limited to, schools, businesses, churches, residential and other uses.**

Attached please find a scaled map illustrating the distances between these buildings.

I have called out a few buildings and their distances:

- Social Circle Elementary School – 1.2 miles
- Residential Development, Burkes Field Park – 1 mile

We have also provided a plan illustrating the access controls and safety perimeter measures which will be in place well before the site is occupied. These measures include multiple redundant perimeters fencing structures, digital surveillance technologies and personnel spaces for watches.

**Question 2 – Once the facility is operational, what, if any, added capacities exist, and what mitigation measures are included in the design to ensure there is no impact to the local community.**

As part of our current assignment, we reviewed the proposed use and capacities for water usage, waste exportation, and water capacities for life safety building systems (fire protection systems). Once we identified these capacities, we engineered a solution, using standard, code compliant, methodologies within the design of the facility. The following is a description of these design strategies:

- **Life Safety Building Systems** – Our study did not identify a need for fire protection water supply which would exceed the capacities currently in place at the site. While the new building configuration will require additional sprinkler distribution, we believe the existing capacity is sufficient to address this minimal new demand. Ultimately the designer of record will conduct a hydrant flow test with the local water authority to confirm the data at the site matches the engineering. As a contingency plan, if there is not sufficient capacity within the fire protection water supply, we have engineered a mitigation method of utilizing a cistern on site. This

system will supplement the existing water supply, thus ensure a compliant life safety system and not require additional capacity from the water authority.

- **Domestic Water Supply** – As with the fire protection supply, our team reviewed the additional capacity for domestic water supply and believe the capacity currently at the site is sufficient to support the new facility. Like above, we engineered a contingency solution if we find the data at the site is not as engineered. In this solution, we would again utilize a cistern approach. With this approach the cistern system would fill from the local municipality on off peak hours. Once filled, the facility would work from this supply to avoid any capacity issues with the regional domestic water supply. This approach is standard engineering and practice.

- **Waste Water Exportation** – Our team reviewed the current site wastewater piping and systems. We understand the systems at the site will need upgrading. We do not have the data, nor is there public information available, to determine if the current water authority wastewater treatment plant has the capacity required for the new facility. We do believe that there are numerous solutions which could be implemented to utilize the existing infrastructure without creating an adverse impact to the water authority infrastructure. To engineer these plans, the design builder will require the engagement and data/capacities from the water authority. That said, the current design **DOES NOT** require the utilization of the current water treatment plant. The current design utilizes and on-site water treatment system. We have attached plans which illustrate the system that would be implemented. Our engineers believed this approach to be the most practical approach ensuring that the facility does not impact the local infrastructure and provides the US Government with and sustainable. This system is self-contained and will have no impact to the surround properties. Once the data is available, this system will be re-examined and finalized.

It is important to note that our team and engineers believe the solutions above, and the contingencies, will provide no adverse effect on the community and surrounding properties. We further believe, with local authority data and cooperation, this new facility could generate revenue to the water authority (and other utilities) and not impact their current infrastructure.

Please let me know if you have any further questions, need further assistance, or deeper explanations.

Thank you!

Jim Grossmann



ISOMETRIC VIEW

CONCEPT

THIS DRAWING CONTAINS CONFIDENTIAL PROPRIETARY INFORMATION AND MAY NOT BE TRANSFERRED, REPRODUCED OR USED TO CONSTRUCT ANY OTHER PROJECT THAN THAT FOR WHICH IT WAS ISSUED WITHOUT PRIOR PERMISSION BY AUC GROUP

AUC GROUP

ISOMETRIC VIEW

WW0794

2



PLAN VIEW

SECTION VIEW A-A

CONCEPT

AUC GROUP

CCP PLAN VIEW & SECTION VIEW A | WW0794 | 5

THIS DRAWING CONTAINS CONFIDENTIAL PROPRIETARY INFORMATION AND MAY NOT BE TRANSFERRED, REPRODUCED, OR USED TO CONSTRUCT ANY OTHER PROJECT THAN THAT FOR WHICH IT WAS ISSUED WITHOUT PRIOR PERMISSION BY AUC GROUP

## Water Quality Reports

- 2024 Water Quality Report
- 2023 Water Quality Report
- 2022 Water Quality Report
- 2021 Water Quality Report
- 2020 Water Quality Report
- 2019 Water Quality Report
- 2018 Water Quality Report
- 2017 Water Quality Report
- 2016 Water Quality Report

Free viewers are required for some of the attached documents.
They can be downloaded by clicking on the icons below.

   

The City of Social Circle is committed to supplying you with the highest quality of water possible.

## How do I connect for water service?

To set up water service, please email documents in a pdf format or bring them to the Utilities Department at the drive-thru at City Hall located at 166 N. Cherokee Road. All emailed PDF documents can be sent to **jturner@socialcirclega.gov**.

Service can NOT be set up online.

To have services connected you will need:

1. A legal document of residency, such as a lease or closing documentation

2. The completed application

3. A copy of the driver's license for anyone listed on the account.

A deposit must be paid before services will be connected under the new account. The deposit amounts are $100 for water and $200 for gas services.

## Who do I call if there is a leak?

If you suspect a water leak and have checked to ensure that no faucets are leaking or toilets are running, please call City Hall at 770-464-2380 and ask for the Utilities Department or email **rgroves@socialcirclega.gov**.

## Water and Sewer Leak Adjustments?

If you have remedied a water leak, review the below water and sewer leak adjustment policy to see if you could be eligible for an adjustment.

**Water and Sewer Leak Adjustment Policy**

**Water and Sewer Leak Adjustment Request Form**

## The City plans to expand sewer services

The City has future plans for a new 3.0 million gallons per day wastewater treatment plant that can serve the city and be expanded to accommodate industrial growth.

# Featured Project

Home / Project / A. Scott Emmons Water Reclamation Facility

← BACK

## A. Scott Emmons Water Reclamation Facility

The scope for this project consisted of constructing a new 1.25 MGD wastewater treatment plant in the Little River watershed. Preconstruction services included design and constructability reviews, cost estimating, value-engineering recommendations, and preparation of a Guaranteed Maximum Price (GMP) proposal package. Construction services included CMAR procurement, construction and construction management, start-up, performance testing, commissioning, and operator training.

**Location:**
Social Circle, Georgia

**Client:**
Newton County Water and Sewerage Authority

1.25          65%



< >     ● · · · · ·

← Previous Project
**Camp Creek WRF Improvements**

Next Project →
**Duncan 85 Business Center**

Get in touch ⟶



REEVES
YOUNG

Locations                Why Reeves Young
Atlanta                  Our Approach
Nashville                Culture
Greenville               Careers
Savannah (Coming Soon)   Contact
                         Subcontractors

© 2025 Reeves Young - All Rights Reserved          Site Design by: Mighty 8th Media



## BED COUNT

6,500 TOTAL BEDS

| GROUND FLOOR | |
|---|---|
| TYPICAL DORMITORY PODS | 4,000 |
| ADA DORMITORY PODS | 275 |
| BEHAVIORAL & SPECIAL HOUSING | 133 |
| | |
| MEZZANINE | |
| TYPICAL DORMITORY PODS | 2,044 |
| | |
| TOTAL | |
| | 6,163 |



**1** FIRST FLOOR PLAN
1" = 60'-0"

SOCIAL CIRCLE, GA
DETENTION CENTER