# Exhibit 4


February 26, 2026

Mr. Eric Taylor
City Manager
City of Social Circle
P.O. Box 310
Social Circle, Georgia 30025

Via electronic mail: etaylor@socialcirclega.gov

Re:  City of Social Circle, Georgia
     Detention Center Water and Sewerage
     Project No. 172080

Dear Mr. Taylor:

As requested, we reviewed the document "BLUF, Social Circle Discussions, Conversion of Large Facility to Detention Center," to determine what infrastructure improvements would be needed to provide water and sewer service to the proposed facility. The document states that the facility will produce 1,001,683 gallons per day (gpd) of wastewater. Although not explicitly stated, based on the wastewater demand, we estimate the facility will need at least 1,113,000 gpd of drinking water. Our conclusions are:

1. The City of Social Circle is not currently permitted, and does not currently possess the infrastructure needed to provide either the water or the sewer demands. The available capacity at both the City's water treatment plant and wastewater treatment plant falls far short of the facility's request. In fact, even if the plants served this facility alone and had no other customers, the total capacity of each plant would still be insufficient to handle the requested volumes. During storm events, the City's existing inflow and infiltration into the sewers further and significantly reduces available sewer capacity.

2. Constructing the infrastructure necessary to meet the stated demands would require at least two years, assuming the appropriate permits were granted by Georgia EPD.

3. If the proposed facility were to connect to the City's water and sewerage system and attempt to place these demands on the City's existing infrastructure:

   a. The water demand would completely deplete the City's water supply, leaving tanks empty and widespread water outage.

b. The sewerage demand would cause immediate and continued major spills of sewage into (1) a small unnamed tributary to Little River at the Regional Pump Station located adjacent to the Detention facility and (2) into Little River at the City's Water Pollution Control Plant (WPCP) on Vine Circle.

4. Drilling private wells on the property could not produce the amount of water needed or fill the gap between the amount of water the City has available and the amount the facility needs. Groundwater would be obtained from fractures in the crystalline bedrock acquifer. Typical wells yield 10 gallons per minute and high yield wells may produce 50 gpm. Supplying the demand would require 30-60 wells and the withdrawal is unlikely to be sustainable or permitted.

To meet these demands, the following infrastructure is required and could be constructed within two years:

1. Expand the City's WPCP. The current facility is permitted to treat 650,000 gpd of sewage and currently treats flows of 400,000 gpd (max month), leaving a theoretical available capacity of 250,000 gpd. The City is in the process of building a new WPCP. Adding capacity for the Detention Center to the City's current plans would cost an additional $20 million. The new facility is scheduled to be operational no earlier than 4Q27.

2. Expand the City's WTP. The current facility is permitted to treat 1,000,000 gpd and current peak demands are 800,000 gpd, leaving an availability of 200,000 gpd. Expanding the capacity of the WTP from 1,000,000 gpd to 2,000,000 gpd, if permitted, would cost approximately $10 million. This expansion would likely be completed by 2Q28.

3. Construct an additional 1,000,000 gallon elevated water tank. Estimated cost $6 million.

4. Construct a gravity sewer from the site to Little River and construct a pump station to pump to the new WPCP. Estimated cost $5 million. This project could be complete by 4Q27.

5. Construct miscellaneous water system improvements. Because the detention facility is located on the opposite side of the City from the water treatment plant, a number of system improvements would be required. Estimated cost $3 million. These projects could be completed by 3Q27.

We estimate the City's currently available capacity is sufficient to serve a maximum of 1,300 beds (at 150 gpd per bed). We recommend, however, the City serve no more than 650 beds to prevent permit violations.

We also identified significant discrepancies in the document provided. See below, referenced by document heading:

1. Existing Conditions – the A. Scott Emmons Treatment Facility is not located in Social Circle and does not serve the Detention facility site. The site is served by the City of Social Circle's WPCP on Vine Circle.

2. From Water and Sewer Services of Social Circle – The referenced facility is not in Social Circle and does not serve the site.

3. New Conditions of Detention Facility, Summary – Social Circle has not made "a commitment to increase the capacity of their wastewater treatment system by an additional 3 mgd."

4. Answers to Project Inquiry, Question 2, Domestic Water Supply – The amount of domestic water supply available from the City is not sufficient to support the new facility. Off-peak utilization is not sufficient mitigation since the total amount of water needed exceeds the total amount available.

5. Answers to Project Inquiry, Question 2, Waste Water Exportation – Construction of a new package type wastewater plant (WPCP) is discussed. This plant would need to discharge the 1,113,000 gpd specified of treated water to the small stream onsite. The City does not have a permit or wasteload allocation for this stream. The City does, however, have a current wasteload allocation on Little River where the City's new WPCP is scheduled for construction.

If you have any questions, please call us.

Yours truly,

Kenneth E. Green, P.E.
Turnipseed Engineers

KEG:nl