**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ATHENS DIVISION**

CITY OF SOCIAL CIRCLE,

                Plaintiff,

      v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT; UNITED
STATES DEPARTMENT OF HOMELAND
SECURITY; MARKWAYNE MULLIN, in
his official capacity as Secretary of Homeland
Security; TODD M. LYONS, in his official
capacity as senior official performing the
duties of Director of Immigration and Customs
Enforcement,

                Defendants.

Case No. 3:26-cv-00054-TES

**<u>AFFIDAVIT OF SERVICE</u>**

6211153

I, Dawn Curran, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct:

1.    I am a legal assistant at Keker, Van Nest, & Peters, LLP, in San Francisco, CA, which represents the Plaintiffs in this case. I am over 18 years of age, and am not a party to the above action.

2.    On May 15, 2026, I sent by certified mail through the United States Postal Service ("USPS") a true and correct copy of the summons, complaint and supporting exhibits, and case initiating documents in the above-captioned action, addressed to the following Defendants and recipients:

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT
Office of the Principal Legal Advisor
500 12th Street, SW
Mailstop 5900
Washington, D.C. 20536

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Office of the General Counsel
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF
HOMELAND SECURITY
United States Department of Homeland Security
2707 Martin Luther King Jr. Ave SE
Washington, DC 20528–0485

TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL
PERFORMING THE DUTIES OF DIRECTOR OF IMMIGRATION AND CUSTOMS
ENFORCEMENT
United States Immigration and Customs Enforcement
500 12th Street, SW
Mailstop 5900
Washington, DC 20536

1

6211153

William R. Keyes
United States Attorney
U.S. Attorney's Office for the Middle District of Georgia
Attn: Civil Process Clerk
300 Mulberry Street, 4th Floor
Macon, Georgia 31201

Todd Blanche
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue N.W.
Washington D.C. 20530

3.     The Tracking History statement generated by USPS (certified mail number 9589-0710-5270-2686-5804-08) indicates that delivery of the summons and complaint was made upon Defendant UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT on May 18, 2026, at 1:10 p.m.

4.     The Tracking History statement generated by USPS (certified mail number 9589-0710-5270-2686-5804-15) indicates that delivery of the summons and complaint was made upon Defendant UNITED STATES DEPARTMENT OF HOMELAND SECURITY on May 26, 2026, at 8:25 a.m.

5.     The Tracking History statement generated by USPS (certified mail number 9589-0710-5270-2686-5804-22) indicates that delivery of the summons and complaint was made upon Defendant MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY on May 26, 2026, at 8:25 a.m.

6.     The Tracking History statement generated by USPS (certified mail number 9589-0710-5270-2686-5803-78) indicates that delivery of the summons and complaint was made upon Defendant TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT on May 26, 2026, at 8:21 a.m.

7.     The Tracking History statement generated by USPS (certified mail number 9589-0710-5270-2686-5803-85) indicates that delivery of the summons and complaint was made upon

2

6211153

William R. Keyes, United States Attorney, U.S. Attorney's Office for the Middle District of Georgia, on May 26, 2026, at 11:43 a.m.

8. The Tracking History statement generated by USPS (certified mail number 9589-0710-5270-2686-5803-92) indicates that delivery of the summons and complaint was made upon Todd Blanche, Attorney General of the United States, on May 26, 2026, at 4:35 a.m.

9. A true and correct copy of the certified mail receipts showing the tracking numbers are attached to this Affidavit as **Exhibit A**.

10. A true and correct copy of the Tracking History statements for each Defendant and recipient is attached to this Affidavit as **Exhibit B**.

Dated: May 29, 2026

Dawn Curran
633 Battery St.
San Francisco, CA 94111
(415) 391-5400

3

6211153