# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia ▾

| | | |
|---|---|---|
| City of Social Circle | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:26-cv-54 |
| U.S. Immigration and Customs Enforcement, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants                                                                                          .

Date:     07/21/2026                                      /s/ Krystal-Rose Perez
                                                                            *Attorney's signature*

                                                          KRYSTAL-ROSE PEREZ, TX Bar No. 24105931
                                                                      *Printed name and bar number*

                                                                      150 M Street NE
                                                                      Washington, DC 20003

                                                                            *Address*

                                                          krystal-rose.perez@usdoj.gov
                                                                          *E-mail address*

                                                                      (202) 532-3266
                                                                      *Telephone number*

                                                                            *FAX number*