UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CITY OF SOCIAL CIRCLE**<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT**, et al.,<br><br>Defendants. | Case No. 3:26-cv-54-TES |

**DECLARATION OF JAMES K. INGALSBE**

I, James K. Ingalsbe, hereby make the following declaration with respect to the above-captioned matter:

1. I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), as the Assistant Director (AD) of the Office of Asset and Facilities management (OAFM). I have held this position since April 2022.

2. In my current position as AD of OAFM, I am the Executive responsible for the Occupational Health and Safety, Personal Property and Real Property Management Programs for ICE. In this role, I supervise the following four divisions: Asset Management, Safety and Occupational Health, Facilities Management, and Business Operations.

3. During my tenure as AD of OAFM, I have managed a real property portfolio of over 950 active leases and over 560 government-owned buildings and structures.

4. Immediately prior to joining ICE, I served as the United States Coast Guard's (USCG) Deputy Chief of the Office of Civil Engineering, and I was responsible for policy, resources, and overall asset management for the USCG's shore facilities, pollution response

equipment, and fleet vehicles. During my 26 years of active-duty service at USCG, I served in numerous leadership positions in diverse areas of mission support and program management. At the conclusion of my time at the USCG, I retired as a Captain.

5. While in the USCG, I received my Master of Science in National Resource Strategy from the Industrial College of the Armed Forces and Master of Science in Civil Engineering from the University of Illinois. I am also a licensed Professional Engineer and a certified Level III Program Manager.

6. Since purchasing the commercial facility ("the facility") located at 1365 East Hightower Trail in Social Circle on February 3, 2026, DHS/ICE has reevaluated its detention capacity needs and has determined that this site is no longer necessary for immigration enforcement purposes. As a result, DHS/ICE does not intend to convert the facility into an immigration detention building. Instead, DHS/ICE currently intends for the General Services Administration ("GSA") to dispose of the facility as excess property.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: August 15, 2026

JAMES K INGALSBE

Digitally signed by JAMES K INGALSBE
Date: 2026.08.15 10:04:42 -04'00'

James Keith Ingalsbe
Assistant Director
Office of Asset and Facilities Management
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security