**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| CITY OF SOCIAL CIRCLE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION & CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | Case No. 3:26-cv-54-TES |

Pursuant to the Court's August 31, 2026, Order, Dkt. No. 18, the parties submit this proposed order. For good cause shown,

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. This case is **STAYED FOR SIXTY DAYS**. The stay will automatically lift (a) after the parties file the joint status report called for in paragraph 2 below, or (b) upon the request of either party, if Defendants' intentions for the Social Circle Facility change.

2. **WITHIN SIXTY DAYS OF THIS ORDER,** the parties shall file a status report that includes (a) the status of the property's excession and additional steps that might occur to effectuate that process; and (b) proposed next steps for the litigation.

3. Defendants **SHALL NOT** take any action to convert the Social Circle Facility into an immigration detention center during the stay.

DATED this 10 day of September 2026.

BY THE COURT:

[signature]

THE HONORABLE TILMAN E. SELF, III
United States District Judge